IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Civil Action No. **8:07-2704-HFF**

| | |
|---|---|
| State Farm Mutual Automobile )<br>Insurance Company as Subrogee for )<br>Gwendolyn D. Williens, )<br>        Plaintiff(s), )<br>                          )<br>    -versus-             )<br>                          )<br>Department of the Army, )<br>        Defendant(s). ) | **CONSENT ORDER<br>CONSOLIDATING ACTIONS** |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Civil Action No.: **8:08-2347-HFF**

Gwendolyn D. Williens, individually and )
as the general guardian for Amber )
Scarbrough, a minor, )
                                          )
        Plaintiff, )
                                          )
    v. )
Department of the Army, )
        Defendant. )

NOW UPON MOTION by and with the consent of the parties,

IT IS ORDERED, ADJUDGED AND DECREED that the above captioned civil actions shall be consolidated as provided for by Fed. R. Civ. P. 42(a)(2).

IT IS FURTHER ORDERED that the parties shall proceed according to the deadlines to

be set forth in the Scheduling Order to be issued in Civil Action Number 8:08-2347-HFF.

    IT IS SO ORDERED.

                                              s/Henry F. Floyd
                                              Henry F. Floyd
                                              United States District Judge

Dated: July 29, 2008
Spartanburg, South Carolina